# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| ESTATE OF DONTE' DEVEL SHANNON, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:18-cv-194 |
| CITY OF RACINE, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Estate of Donte' Devel Shannon.

Date: 08/16/2018

/s/ Brian M. Orozco
*Attorney's signature*

Brian M. Orozco
*Printed name and bar number*
Gregory E. Kulis & Associates, Ltd.
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602

*Address*

borozco@kulislawltd.com
*E-mail address*

(312) 580-1830
*Telephone number*

(312) 580-1839
*FAX number*