# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ESTATE OF DONTE' DEVEL SHANNON,
*by personal representative Vivian Johnson*

**NOTICE**

Case Number: 18-CV-194-JPS

v.

CITY OF RAINCE, CHAD STILLMAN,
and PETER BOECK

---

Type of case:

☑ CIVIL ☐ CRIMINAL

---

Take notice that a proceeding in this case has been set for the place, dated, and time set forth below:

| PLACE:<br>Federal Courthouse<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin | ROOM NO.    425 |
|---|---|
| | DATE AND TIME:    FRIDAY, NOVEMBER 16, 2018<br>at 11:00 A.M. |

TYPE OF PROCEEDING:

# MOTION HEARING

This hearing will address the issue of withdrawal by counsel for Plaintiff. All of Plaintiff's current attorneys—George Argionis, Al Koritsaris, Brian Orozco, and Gregory Kulis—must appear in person for this hearing. Plaintiff herself must also appear in person for this hearing, and her counsel is directed to notify her of the date, time, and location of the hearing.

---

STEPHEN C. DRIES
Clerk of Court

November 8, 2018
_____
Date

s/ Jodi L. Malek
_____
(By) Deputy Clerk