IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| The Estate of DONTE' DEVEL SHANNON, ex. Rel. Personal Representative, VIVIAN JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> The CITY OF RACINE, WISCONSIN, RACINE POLICE OFFICER CHAD STILLMAN, and RACINE POLICE OFFICER PETER BOECK, <br><br> Defendants | No. 2:18-cv-194 <br><br> Judge J.P. Stadtmueller <br><br> DEMAND TRIAL BY JURY |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto — Plaintiff and Defendants, by all of their respective attorneys of record, all agree that this cause should be dismissed without prejudice with no costs assessed to either party and each party to bear their own attorneys' fees.

Respectfully submitted,

/s/ Brian Orozco
Attorney for Plaintiff
Gregory E. Kulis & Assoc.
30 N. LaSalle St, #2140
Chicago, IL 60602
312-580-1830

/s/ John Wolfgang
Attorney for Defendants
9898 W. Bluemound, Suite 2
Wauwatosa, WI 53226
414-291-7979

/s/ George G. Argionis
ARGIONIS & ASSOCIATES, LLC
180 N. LaSalle Street, Suite 1925
Chicago, Illinois 60601
(t) 312.782.4545
(f) 312.782.4540