# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ESTATE OF DONTE' DEVEL SHANNON, *by personal representative Vivian Johnson*,

Plaintiff,

v.

CITY OF RACINE, CHAD STILLMAN, and PETER BOECK,

Defendants.

Case No. 18-CV-194-JPS

**ORDER**

On November 13, 2018, the parties filed a joint stipulation of dismissal of this action without prejudice and without costs or fees assessed to any party. (Docket #26). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court will also deny as moot the pending motion to withdraw by Plaintiff's counsel. (Docket #24).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #26) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that Plaintiff's motion to withdraw (Docket #24) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 14th day of November, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge